IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**8:05CR167   USA v. Juan Figueroa-Valdez and Grady Vaughn**
**8:05CR173   USA v. Clint Ingalls and Michael Jackson**
**8:05CR190   USA v. Troy Vannortwick, et al.**

## REASSIGNMENT ORDER - RELATED CASES

IT IS ORDERED that, in the interest of judicial economy, the above cases are reassigned to Magistrate Judge F.A. Gossett, III for judicial supervision and processing of all pretrial matters.

DATED this 26th day of April, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE